# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RUGGIER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TARGET FINANCIAL SERVICES, INC.,<br><br>　　　　Defendant(s). | Case No.: 2:19-cv-05499-PA-KS<br><br>**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE** |

## ORDER RE STIPULATION TO DISMISS WITH PREJUDICE

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby Approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: October 16, 2019

By: /s/ Percy Anderson
Percy Anderson
United States District Judge